**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed November 14, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00890-CR

---

## IN RE CONRADE MILLER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1620347**

---

## MEMORANDUM OPINION

On November 6, 2019, applicant Conrade Miller filed an application for writ of habeas corpus in this court. In the application, relator asks this court to dismiss the indictment against him.

A court of appeals does not have original jurisdiction over habeas corpus proceedings in criminal matters. *Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.— Houston [1st Dist.] 2004, no pet.) (citing Tex. Gov't Code Ann. § 22.221(d) relating

to issuance of writ of habeas corpus in civil cases); *see also Ex parte Hearon*, 3 S.W.3d 650, 650 (Tex. App.—Waco 1999, orig. proceeding) (holding that court of appeals did not have jurisdiction to grant habeas relief in pending criminal matter). The Code of Criminal Procedure vests power to issue a writ of habeas corpus in the Court of Criminal Appeals, the district courts, the county courts, or a judge of those courts. Tex. Code Crim. Proc. Ann. art. 11.05. Therefore, we have no jurisdiction to consider applicant's request for relief.

Accordingly, we order the application for writ of habeas corpus dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).